704 A.2d 127

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Darrick HALL, Petitioner.**

**No. 0079 Capital Appeal Docket.**

Supreme Court of Pennsylvania.

Jan. 16, 1998.

*ORDER*

PER CURIAM.

Emergency Motion For Stay of Execution.

AND NOW, this 16th day of January, 1998, it is ordered that petitioner's emergency motion for a stay of execution pending the filing and resolution of a petition for a writ of certiorari, is GRANTED and the execution shall be stayed pending action by the United States Supreme Court on the petition for certiorari from this Court's ruling in *Commonwealth v. Hall,* 701 A.2d 190 (Pa.1997).